# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fricke, Theresa L. | U.S. District Court for the Western District of Washington | 08/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge(active full-time) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
1717 Pacific Ave.
Tacoma, Wa. 98402
Room 3100

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Washington State Attorney General W-2 Wages | $24,368.81 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Hester Law Group, Inc. P.S. W-2 Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CHASE VISA | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. JPMorgan US Governemnt Money Market Fund (QVESQ) | A | Dividend | J | T | | | | | |
| 3. Blackrock Fds Mid Cap Index Fd Cl K (BRMKX) | A | Dividend | | | Sold (part) | 05/15/17 | J | A | |
| 4. | | | | | Sold | 07/05/17 | J | B | |
| 5. Blackock Index Fds Inc (BTMKX) | A | Dividend | K | T | Buy (add'l) | 04/10/17 | K | | |
| 6. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 7. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 8. Brown Advisory Fds (BAFHX) | A | Dividend | J | T | | | | | |
| 9. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 10. Dodge & Cox Funds International Stock Fund (DODFX) | A | Dividend | J | T | | | | | |
| 11. Harris Assoc Invt Tr (OANMX) | A | Dividend | K | T | Buy | 04/10/17 | J | | |
| 12. iShares Inc (EWJ) | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 13. | | | | | Buy (add'l) | 01/04/17 | J | | |
| 14. iShares MSCI EAFE EFT (EFA) | A | Dividend | J | T | | | | | |
| 15. JPMorgan Tr I (JUEMX) | A | Dividend | K | T | Buy | 04/10/17 | K | | |
| 16. | | | | | Sold (part) | 05/15/17 | J | A | |
| 17. Massachusetts Investors Trust-Cl 1 (MITIX) | A | Dividend | J | T | Buy | 04/10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Research (MRSIX) N/K/A MFS Ser Tr I (MRSKX) | A | Dividend | K | T | | | | | |
| 19. SPDR S&P 500 Eft Trust (SPY) | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 20. Vanguard Index Tr (VFIAX) | B | Dividend | L | T | Buy | 02/22/17 | J | | |
| 21. | | | | | Buy (add'l) | 04/10/17 | L | | |
| 22. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 23. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 24. Vanguard Intl Equity (VGK) | A | Dividend | J | T | Buy | 05/15/17 | J | | |
| 25. American Century (AXBIX) N/K/A American Centy Mun Tr (ATBYX) | A | Dividend | K | T | Buy (add'l) | 02/22/17 | J | | |
| 26. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 27. Bernstein Sanford C Fd Inc (AIDYX) | A | Dividend | K | T | Buy (add'l) | 02/22/17 | J | | |
| 28. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 29. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 30. Blackrock Mun Bd Fd Inc (BNMLX) | A | Dividend | K | T | Buy | 04/10/17 | K | | |
| 31. John Hancock Income Fund Cl 1 (JSTIX) | A | Dividend | K | T | | | | | |
| 32. JPMorgan TR II (OHYFX) N/K/A JPMorgan TR II (JHYUK) | A | Dividend | | | Sold (part) | 07/05/17 | J | A | |
| 33. | | | | | Sold | 11/29/17 | J | A | |
| 34. JPMorgan Tr II (JIMIX) | A | Dividend | K | T | Buy (add'l) | 02/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lord Abbett Invt Tr (LOLDX) | A | Dividend | J | T | Buy (add'l) | 05/23/17 | J | | |
| 36. | | | | | Sold (part) | 07/05/17 | J | A | |
| 37. Mainstay High Yield (MHYIX) N/K/A Mainstay Fds (MHYSX) | B | Dividend | K | T | Sold (part) | 11/29/17 | J | A | |
| 38. Pimco Low Duration Fund (PTLDX) | B | Dividend | L | T | Buy (add'l) | 02/22/17 | J | | |
| 39. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 40. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 41. Pimco Total Return Fund (PTTRX) | A | Dividend | K | T | Buy (add'l) | 11/29/17 | J | | |
| 42. Rowe T Price Intl Fds (PRXIX) | A | Dividend | J | T | | | | | |
| 43. T Rowe Price Summit (PRSMX) | A | Dividend | K | T | Buy (add'l) | 02/22/17 | J | | |
| 44. Abbott Laboratories (ABT) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 45. Accenture PLC Ireland (ACN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 46. Adobe Systems Inc (ADBE) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 47. Aetna Inc New (AET) (X) | A | Dividend | | | Sold | 01/30/17 | J | A | |
| 48. Agilent Technologies Inc (A) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 49. Alexion Pharmaceuticals Inc (ALXN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 50. Allegion Public Limited Company (ALLE) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 51. Allergan PLC (AGN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alphabet Inc Class A (GOOGL) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 53. Alphabet Inc Class C (GOOG) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 54. Amazon.com Inc (AMZN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 55. American International Group Inc (AIG) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 56. Anadarko Petroleum Corp (APC) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 57. Analog Devices Inc (ADI) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 58. Apple Inc (AAPL) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 59. AT&T Inc (T) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 60. Bank of New York Mellon Corp (BK) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 61. Bank of America Corp (BAC) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 62. Biogen Inc (BIIB) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 63. Bioverativ Inc (BIVV) (X) | A | Dividend | | | Spinoff (from line 62) | 02/02/17 | J | | |
| 64. | | | | | Sold | 02/24/17 | J | A | |
| 65. Blackrock Inc (BLK) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 66. Boston Scientific Corp (BSX) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 67. Bristol Myers Squibb Co (BMY) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 68. Broadcom Limited (AVGO) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Carnival Corp (CCL) (X) | A | Dividend | | | Sold | 02/02/17 | J | A | |
| 70. Celgene Corp (CELG) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 71. Charles Schwab Corp New (SCHW) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 72. Charter Communications Inc New Cl A (CHTR) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 73. Chubb LTD (CB) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 74. Citigroup Inc (C) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 75. CMS Energy Corp (CMS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 76. Comcast Corp Cl A (CMCSA) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 77. Concho Resources Inc (CXO) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 78. Costco Wholesale Corp-New (COST) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 79. Discover Financial Services (DFS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 80. Dish Network Corp Cl A (DISH) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 81. Dow Chemical Company (The) (DOW) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 82. Eastman Chemical Co (EMN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 83. Eli Lilly & Co (LLY) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 84. EOG Res Inc (EOG) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 85. EQT Corporation (EQT) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L.. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Facebook Inc Cl A (FB) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 87. Fidelity National Information Services Inc (FIS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 88. General Dynamics Corp (GD) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 89. General Electric Company (GE) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 90. General Motors Company (GM) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 91. Gilead Sciences Inc (GILD) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 92. Goldman Sachs Group Inc (GS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 93. Hartford Financial Services Group Inc (HIG) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 94. Home Depot Inc (HD) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 95. Honeywell Intl Inc (HON) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 96. Humana Inc (HUM) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 97. Illumina Inc (ILMN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 98. Ingersoll Rand PLC (IR) (X) | A | Dividend | | | Buy | 02/13/17 | J | | |
| 99. | | | | | Sold | 04/10/17 | J | A | |
| 100. Intercontinental Exchange Inc (ICE) (X) | A | Dividend | | | Buy | 01/31/17 | J | | |
| 101. | | | | | Sold | 04/10/17 | J | A | |
| 102. Johnson Controls International PLC (JCI) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Key Corp New (KEY) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 104. Kraft Heinz Company (The) (KHC) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 105. Lam Research Corp (LRCX) (X) | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 106. Lennox Intl Inc (LII) (X) | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 107. Lowes Companies Inc (LOW) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 108. Marsh & McClennan Companies Inc (MMC) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 109. Martin Marietta Materials Inc (MLM) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 110. Masco Corp (MAS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 111. Mastercard Incorporated (MA) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 112. Merck & Co Inc (MRK) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 113. Metlife Inc (MET) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 114. Microsoft Corp (MSFT) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 115. Molson Coors Brewing Co Cl B (TAP) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 116. Mondelez International Inc (MDLZ) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 117. Morgan Stanley (MS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 118. Nextera Energy Inc (NEE) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 119. Nike Inc Class B (NKE) (X) | A | Dividend | | | Buy | 02/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L.. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 04/10/17 | J | A | |
| 121. NiSource Inc (NI) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 122. Norfolk Southern Corp (NSC) (X) | A | Dividend | | | Buy | 01/31/17 | J | | |
| 123. | | | | | Sold | 04/10/17 | J | A | |
| 124. Northrop Grumman Corp (NOC) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 125. O Reilly Automotive Inc (ORLY) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 126. Occidental Pete Corp (OXY) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 127. Pepsico Inc (PEP) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 128. Pfizer Inc (PFE) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 129. Pioneer Natural Resources Company (PXD) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 130. PPG Industries Inc (PPG) (X) | A | Dividend | | | Sold | 02/24/17 | J | A | |
| 131. Proctor & Gamble Co (PG) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 132. Schlumberger LTD (SLB) (X) | A | Dividend | | | Sold | 02/15/17 | J | A | |
| 133. Stanley Black & Becker Inc (SWK) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 134. SVB Financial Group (SIVB) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 135. T Mobile US Inc (TMUS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 136. Texas Instruments Incorporated (TXN) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Time Warner Inc (TWX) (X) | A | Dividend | | | Sold | 01/30/17 | J | A | |
| 138. TJX Companies Inc New (TJX) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 139. Transcanada Corporation (TRP) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 140. Twenty First Century Fox Inc Class A (FOXA) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 141. Union Pacific Corp (UNP) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 142. United Continental Hldgs Inc (UAL) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 143. UnitedHealth Group Inc (UNH) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 144. Vertex Pharmaceuticals Inc (VRTX) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 145. Visa Inc (V) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 146. Walgreen Boots Alliance Inc (WBA) (X) | A | Dividend | | | Buy | 01/30/17 | J | | |
| 147. | | | | | Sold | 04/10/17 | J | A | |
| 148. Walt Disney Co (DIS) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 149. Waste Connections Inc (WCN) (X) | A | Dividend | | | Buy | 01/12/17 | J | | |
| 150. | | | | | Sold | 04/10/17 | J | A | |
| 151. Wells Fargo & Co (WFC) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 152. Wex Inc (WEX) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 153. Workday Inc Cl A (WDAY) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Yum Brands Inc (YUM) (X) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 155. Pimco Fds Pac Invt Mgmt (PIGIX) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 156. Vanguard Fixed Income (VFIDX) (X) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 157. Checking & Savings Accounts (H) | | | | | | | | | |
| 158. JPMorgan Chase Bank, N.A. | A | Interest | J | T | | | | | |
| 159. JPMorgan Chase Bank, N.A. | A | Interest | J | T | | | | | |
| 160. JPMorgan Chase Bank, N.A. | A | Interest | K | T | | | | | |
| 161. Brokerage #2 SEP (H) | | | | | | | | | |
| 162. JP Morgan US Government Money Market Fund (QVESQ) | A | Dividend | J | T | | | | | |
| 163. Abbot Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 164. Accenture PLC Ireland (ACN) | A | Dividend | J | T | | | | | |
| 165. Adobe Systems Inc (ADBE) | A | Dividend | J | T | | | | | |
| 166. Agilent Technologies Inc (A) | A | Dividend | J | T | | | | | |
| 167. Alexion Pharmaceuticals (ALXN) | A | Dividend | | | Sold | 10/05/17 | J | A | |
| 168. Allegion Public Limited Company (ALLE) | A | Dividend | J | T | | | | | |
| 169. Allergan PLC (AGN) | A | Dividend | J | T | | | | | |
| 170. Alphabet Inc - Class A (GOOGL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Alphabet Inc - Class C (GOOG) | A | Dividend | J | T | Buy (add'l) | 06/30/17 | J | | |
| 172. Amazon.com Inc (AMZN) | A | Dividend | J | T | | | | | |
| 173. American International Group Inc (AIG) | A | Dividend | J | T | | | | | |
| 174. Anadarko Petroleum Corp (APC) | A | Dividend | J | T | | | | | |
| 175. Analog Devices Inc (ADI) | A | Dividend | J | T | | | | | |
| 176. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 177. AT&T Inc (T) | A | Dividend | | | Sold | 10/27/17 | J | A | |
| 178. Bank of New York Mellon Corp (BK) | A | Dividend | J | T | | | | | |
| 179. Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 180. Berkshire Hathaway Inc (BRKB) | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 181. Biogen Inc (BIIB) | A | Dividend | J | T | | | | | |
| 182. Blackrock Inc (BLK) | A | Dividend | J | T | | | | | |
| 183. Blackrock Index FDS Inc (BTMKX) | A | Dividend | K | T | Buy (add'l) | 05/15/17 | J | | |
| 184. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 185. Boston Scientific Corp (BSX) | A | Dividend | J | T | | | | | |
| 186. Bristol Myers Squibb Co (BMY) | A | Dividend | J | T | | | | | |
| 187. Broadcom Limited (AVGO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Brown Advisory FDS (BAFHX) | A | Dividend | J | T | | | | | |
| 189. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | J | T | Buy (add'l) | 06/30/17 | J | | |
| 190. Celgene Corp (CELG) | A | Dividend | J | T | | | | | |
| 191. Charles Schwab Corp New (SCHW) | A | Dividend | J | T | | | | | |
| 192. Charter Communications Inc New Cl A (CHTR) | A | Dividend | J | T | | | | | |
| 193. Chubb LTD (CB) | A | Dividend | J | T | | | | | |
| 194. Cigna Corporation (CI) | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 195. Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 196. CMS Energy Corp (CMS) | A | Dividend | J | T | | | | | |
| 197. Comcast Corp Cl A (CMCSA) | A | Dividend | J | T | | | | | |
| 198. Concho Resources Inc (CXO) | A | Dividend | J | T | | | | | |
| 199. Delphi Automotive PLC (DLPH) N/K/A Aptiv PLC (APTV) | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 200. Delphi Technologies PLC (DLPH) | A | Dividend | J | T | Buy | 12/05/17 | J | | |
| 201. Delta Airlines Inc Del (DAL) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 202. Diamondback Energy Inc (FANG) | A | Dividend | J | T | Buy | 05/16/17 | J | | |
| 203. Dish Network Corp Cl A (DISH) | A | Dividend | J | T | | | | | |
| 204. Dodge & Cox Funds Internataional Stock Fund (DODFX) | A | Dividend | J | T | Buy (add'l) | 06/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 26

Name of Person Reporting

Fricke, Theresa L.

Date of Report

08/15/2018

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Dollar Tree Inc (DLTR) | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 206. Dow Chemical Company (The) (DOW) N/K/A DowDuPont Inc (DWDP) | A | Dividend | J | T | | | | | |
| 207. E I DuPont De Nemours (DD) | A | Dividend | | | Merged (with line 206) | 05/10/17 | J | A | |
| 208. Eastman Chemical Co (EMN) | A | Dividend | J | T | | | | | |
| 209. Eli Lilly & Co (LLY) | A | Dividend | J | T | | | | | |
| 210. Eog Res Inc (EOG) | A | Dividend | J | T | | | | | |
| 211. Eqt Corporation (EQT) | A | Dividend | J | T | | | | | |
| 212. Facebook Inc Cl A (FB) | A | Dividend | J | T | | | | | |
| 213. Fidelity National Information Services Inc (FIS) | A | Dividend | J | T | | | | | |
| 214. General Dynamics Corp (GD) | A | Dividend | J | T | | | | | |
| 215. General Electric Company (GE) | A | Dividend | | | Sold | 12/05/17 | J | A | |
| 216. Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |
| 217. Goldman Sachs Group Inc (GS) | A | Dividend | J | T | | | | | |
| 218. Hartford Financial Services Group Inc (HIG) | A | Dividend | J | T | | | | | |
| 219. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 220. Honeywell Intl Inc (HON) | A | Dividend | J | T | | | | | |
| 221. Humana Inc (HUM) | A | Dividend | | | Sold | 08/22/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Ingersoll Rand PLC (IR) | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 223. Intercontinental Exchange Inc (ICE) | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 224. International Business (IBM) | A | Dividend | J | T | Buy | 11/22/17 | J | | |
| 225. iShares Inc (EWJ) | B | Dividend | J | T | Buy (add'l) | 01/03/17 | J | | |
| 226. iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 227. KeyCorp New (KEY) | A | Dividend | J | T | | | | | |
| 228. Kraft Heinz Company (The) (KHC) | A | Dividend | J | T | | | | | |
| 229. Lowes Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 230. Martin Marietta Materials Inc (MLM) | A | Dividend | J | T | | | | | |
| 231. Masco Corp (MAS) | A | Dividend | J | T | | | | | |
| 232. Mastercard Incorporated (MA) | A | Dividend | J | T | | | | | |
| 233. Merck & Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 234. MetLife Inc (MET) | A | Dividend | J | T | | | | | |
| 235. MFS Research (MRSIX) N/K/A MFS Ser Tr I (MRSKX) | A | Dividend | K | T | | | | | |
| 236. Microchip Technology Inc (MCHP) | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 237. Microsoft Corp (MSFT) | B | Dividend | J | T | | | | | |
| 238. Molson Coors Brewing Co Cl B (TAP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Mondelez International (MDLZ) | A | Dividend | J | T | | | | | |
| 240. Morgan Stanley (MS) | A | Dividend | J | T | | | | | |
| 241. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 242. Nike Inc (NKE) | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 243. NiSource Inc (NI) | A | Dividend | J | T | | | | | |
| 244. Norfolk Southern Corp (NSC) | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 245. Northrop Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 246. NVIDIA Corp (NVDA) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 247. O Reilly Automotive Inc (ORLY) | A | Dividend | J | T | | | | | |
| 248. Occidental Pete Corp (OXY) | A | Dividend | J | T | | | | | |
| 249. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 250. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 251. Philip Morris (PM) | A | Dividend | J | T | | | | | |
| 252. Pioneer National Resources Company (PXD) | A | Dividend | J | T | | | | | |
| 253. SPDR S&P 500 EFT Trust (SPY) | A | Dividend | K | T | | | | | |
| 254. Stanley Black & Decker Inc (SWK) | A | Dividend | J | T | | | | | |
| 255. Starbucks Corp (SBUX) | A | Dividend | | | Buy | 03/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold | 09/26/17 | J | A | |
| 257. SVB Financial Group (SIVB) | A | Dividend | J | T | | | | | |
| 258. T Mobile US Inc ((TMUS) | A | Dividend | | | Sold | 08/03/17 | J | A | |
| 259. Texas Instruments Incorporated (TI) | A | Dividend | J | T | | | | | |
| 260. TJX Companies Inc New (TJX) | A | Dividend | J | T | | | | | |
| 261. Twenty First Century Fox (FOXA) | A | Dividend | J | T | | | | | |
| 262. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 263. United Continental Hldgs Inc (UAL) | A | Dividend | J | T | | | | | |
| 264. United Technologies Corp (UTX) | A | Dividend | J | T | Buy | 12/05/17 | J | | |
| 265. UnitedHealth Group Inc (UNH) | B | Dividend | J | T | | | | | |
| 266. Vanguard Index Tr (VFIAX) | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 267. Vanguard Intl Equity (VGK) | A | Dividend | J | T | Buy | 05/15/17 | J | | |
| 268. Vantiv Inc (VNTV) | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 269. Vertex Pharmaceuticals Inc (VRTX) | A | Dividend | J | T | | | | | |
| 270. Visa Inc (V) | A | Dividend | J | T | | | | | |
| 271. Walgreen Boots Alliance (WBA) | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 272. Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Waste Connections Inc (WCN) | A | Dividend | J | T | | | | | |
| 274. Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |
| 275. Wex Inc (WEX) | A | Dividend | J | T | | | | | |
| 276. Workday Inc Cl A (WDAY) | A | Dividend | J | T | | | | | |
| 277. Zimmer Biomet Holdings (ZBH) | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 278. Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | | | | | |
| 279. Federated Instl High Yield Bond Fund (FIHLX) | A | Dividend | J | T | | | | | |
| 280. John Hancock Income Fund Cl 1 (JSTIX) | A | Dividend | K | T | | | | | |
| 281. JP Morgan Tr II (WOBDX) N/K/A JP Morgan TR II (JCBUX) | A | Dividend | J | T | Sold (part) | 05/10/17 | J | A | |
| 282. JP Morgan TR II High Yield Fd Cl 1 (OHYFX) | A | Dividend | | | Sold | 06/30/17 | J | A | |
| 283. Lord Abbett Invt Tr (LOLDX) | A | Dividend | J | T | | | | | |
| 284. Mainstay High Yield (MHYIX) N/K/A Mainstay Fds (MHYSX) | B | Dividend | K | T | | | | | |
| 285. Pimco Fds Pac Invt Mgmt (PIGIX) | A | Dividend | J | T | Buy (add'l) | 06/30/17 | J | | |
| 286. Pimco Total Return Fund (PTTRX) | A | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | |
| 287. Rowe T Price Intl Fds (PRXIX) | A | Dividend | J | T | | | | | |
| 288. Rowe T Price New Income (PRXEX) | A | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | |
| 289. Vanguard Charlotte Fds (VTABX) | B | Dividend | L | T | Buy (add'l) | 05/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 291. Vanguard Fixed Income (VFIDX) | A | Dividend | J | T | | | | | |
| 292. Vanguard Short Term Bond Index Fund (VBIRX) | A | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | |
| 293. Aetna Inc New (AET) (X) | A | Dividend | | | Sold | 01/30/17 | J | A | |
| 294. Blackrock FDS Mid Cap Index Fd Cl K (BRMKX) (X) | A | Dividend | | | Sold | 05/15/17 | J | A | |
| 295. Carnival Corp (CCL) (X) | A | Dividend | | | Sold | 02/02/17 | J | A | |
| 296. Costco Wholesale Corp-New (COST) (X) | A | Dividend | | | Sold | 05/05/17 | J | A | |
| 297. Discover Financial Services (DFS) (X) | A | Dividend | | | Sold | 05/10/17 | J | A | |
| 298. General Motors Company (GM) (X) | A | Dividend | | | Sold | 05/23/17 | J | A | |
| 299. Illumina Inc (ILMN) (X) | A | Dividend | | | Sold | 05/09/17 | J | A | |
| 300. Johnson Controls International PLC (JCI) (X) | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 301. Lam Research Corp (LRCX) (X) | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 302. Lennox Intl Inc (LII) (X) | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 303. Marsh & McClennan Companies Inc (MMC) (X) | A | Dividend | | | Sold | 04/20/17 | J | A | |
| 304. PPG Industries Inc (PPG) (X) | A | Dividend | | | Sold | 02/24/17 | J | A | |
| 305. Proctor & Gamble Co (PG) (X) | A | Dividend | | | Sold | 04/26/17 | J | A | |
| 306. Schlumberger LTD (SLB) (X) | A | Dividend | | | Sold | 02/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Time Warner Inc (TWX) (X) | A | Dividend | | | Sold | 01/30/17 | J | A | |
| 308. TransCanada Corporation (TRP) (X) | A | Dividend | | | Sold | 06/01/17 | J | A | |
| 309. Yum Brands Inc (YUM) (X) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 310. Vanguard Bond Index Fd Inc (VBTLX) (X) | A | Dividend | | | Sold | 05/10/17 | K | A | |
| 311. BROKERAGE #3 SEP(H) | | | | | | | | | |
| 312. JP Morgan US Government Money Market Fund (QVESQ) | A | Dividend | J | T | | | | | |
| 313. Blackrock Index Fds Inc (BTMKX) | B | Dividend | L | T | Buy (add'l) | 05/12/17 | J | | |
| 314. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 315. Brown Advisory Fds (BAFHX) | A | Dividend | J | T | | | | | |
| 316. Causeway Cap Mgmt Tr Intl Value Fd (CIVIX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 317. Dodge & Cox Funds International Stock Fund (DODFX) | A | Dividend | J | T | Buy (add'l) | 06/29/17 | J | | |
| 318. Harris Assoc Invt Tr (OANMX) | A | Dividend | J | T | | | | | |
| 319. iShares Inc (EWJ) (X) | A | Dividend | J | T | | | | | |
| 320. iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 321. JP Morgan Tr 1 US Equity Fd Class L (JUEMX) | A | Dividend | K | T | | | | | |
| 322. Massachusetts Investors Trust-CL 1 (MITIX) | A | Dividend | K | T | | | | | |
| 323. MFS Research (MRSIX) N/K/A MFS Ser Tr I (MRSKX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. SPDR S&P 500 ETF Trust (SPY) | B | Dividend | M | T | | | | | |
| 325. Vanguard Index Tr (VFIAX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 326. Blackrock High Yield Bond Portfolio Class K (BRHYX) | A | Dividend | J | T | Sold (part) | 11/28/17 | J | A | |
| 327. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 328. Federated Instl Tr High Yield Bd Fd (FIHLX) | A | Dividend | J | T | | | | | |
| 329. John Hancock Income Fund Cl 1 (JSTIX) | A | Dividend | J | T | | | | | |
| 330. JP Morgan TR II (OHYFX) N/K/A JPMorgan Tr II (JHYUX) | A | Dividend | | | Sold (part) | 06/29/17 | J | A | |
| 331. | | | | | Sold | 11/28/17 | J | A | |
| 332. Pimco Fds Pac Invt Mgmt (PIGIX) | A | Dividend | J | T | | | | | |
| 333. Pimco Short Term Fund Instl Cl (PTSHX) | A | Dividend | J | T | | | | | |
| 334. Pimco Total Return Fund (PTTRX) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 335. Rowe T Price Intl Fds (PRXIX) | A | Dividend | J | T | Sold (part) | 06/29/17 | J | A | |
| 336. Vanguard Charlotte Fds (VTABX) | A | Dividend | K | T | Buy (add'l) | 05/08/17 | J | | |
| 337. Vanguard Fixed Income (VFIDX) | A | Dividend | J | T | | | | | |
| 338. Vanguard Short Term Bond Index Fund (VBIRX) | A | Dividend | J | T | | | | | |
| 339. Blackrock FDS Mid Cap Index Fd Cl K (BRMKX) (X) | A | Dividend | | | Sold | 06/29/17 | K | C | |
| 340. JP Morgan TR II Core Bd FD (WOBDX) (X) | A | Dividend | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Principal Financial Group, Inc. (Whole Life Policy) | A | Dividend | K | T | | | | | |
| 342. State Retirement PERS 2 (H) | | | | | | | | | |
| 343. State of Washington Department of Retirement Systems | D | Interest | M | T | | | | | |
| 344. Rental Property #1 1/3 Ownership (Tacoma , WA) | D | Rent | N | W | | | | | |
| 345. | | | | | | | | | |
| 346. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 08/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Fricke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544